# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2024-2660
LT Case No. 2022-CF-007251-A

_____

Bursey Jerome Armstrong,
Jr.,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Brandt,
Assistant Public Defender, Daytona Beach, for Appellant.

Bursey Jerome Armstrong, Jr., Graceville, pro se.

James Uthmeier, Attorney General, and Virginia Chester Harris,
Senior Assistant Attorney General, Tallahassee, for Appellee.

March 26, 2026

Per Curiam.

    Affirmed.

Lambert, Soud, and Boatwright, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____